John Maloney
GRAHAM CURTIN
A Professional Association
4 Headquarters Plaza
P.O. Box 1991
Morristown, New Jersey 07962-1991
(973) 292-1700
Attorneys for Defendant
The Travelers Indemnity Company

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| E.M. SERGEANT PULP & CHEMICAL CO., INC. AND SERGEANT CHEMICAL COMPANY, | Civil Action No. 2:12-cv-1741 (KM) (MCA)<br>Hon. Kevin McNulty, U.S.D.J.<br>Hon. Madeline Cox Arleo, U.S.M.J. |
| Plaintiffs, | Motion return date: September 2, 2014 |
| v. | NOTICE OF MOTION FOR SUMMARY JUDGMENT |
| THE TRAVELERS INDEMNITY COMPANY INC. AND COLUMBIA INSURANCE COMPANY, | PURSUANT TO FED. R. CIV. P. 56<br><br>ORAL ARGUMENT REQUESTED |
| Defendants. | Document Electronically Filed |

TO:   Joseph A. Ferriero, Esq.
      50 Main Street, Suite 6
      Hackensack, New Jersey  07601
      Attorneys for Plaintiff

PLEASE TAKE NOTICE that on Tuesday, September 2, 2014 at 9:30 a.m., or as soon thereafter as counsel may be heard, defendant The Travelers Indemnity Company ("Travelers") will move, by and through its undersigned counsel, before the Honorable Kevin McNulty, U.S.D.J., for entry of an Order granting summary judgment to Travelers pursuant to Fed. R. Civ. P. 56.

2111141.1

PLEASE TAKE FURTHER NOTICE that, in support of this motion, Travelers will rely on the supporting Brief and Declaration of John Maloney submitted herewith, together with any papers that Travelers may submit in reply to any opposition filed.

PLEASE TAKE FURTHER NOTICE that a Proposed Form of Order is also submitted herewith.

PLEASE TAKE FURTHER NOTICE that Travelers requests oral argument of this motion.

Respectfully,

Dated: June 16, 2014

/s/ John Maloney
John Maloney
GRAHAM CURTIN
A Professional Association
4 Headquarters Plaza
P.O. Box 1991
Morristown, New Jersey 07962-1991
(973) 292-1700

Attorneys for Defendant
The Travelers Indemnity Company

2111141.1