Case 2:12-cv-01741-KM-JBC   Document 60-4   Filed 06/16/14   Page 1 of 2 PageID: 399

John Maloney
GRAHAM CURTIN
A Professional Association
4 Headquarters Plaza
P.O. Box 1991
Morristown, New Jersey 07962-1991
(973) 292-1700
Attorneys for Defendant
The Travelers Indemnity Company

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| E.M. SERGEANT PULP & CHEMICAL CO., INC. AND SERGEANT CHEMICAL COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>THE TRAVELERS INDEMNITY COMPANY INC. AND COLUMBIA INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 2:12-cv-1741 (KM) (MCA)<br>Hon. Kevin McNulty, U.S.D.J.<br>Hon. Madeline Cox Arleo, U.S.M.J.<br><br>ORDER GRANTING SUMMARY JUDGMENT TO TRAVELERS PURSUANT TO FED. R. CIV. P. 56 |

THIS MATTER having been opened to the Court upon the motion of defendant The Travelers Indemnity Company ("Travelers") for summary judgment pursuant to Fed. R. Civ. P. 56; and the Court having considered the papers filed in support of this motion and in opposition thereto, if any, and having heard the argument of counsel, and good causing appearing;

IT IS on this _____ day of _____, 2014,

2111142.1

ORDERED that the motion of defendant The Travelers Indemnity Company for summary judgment pursuant to Fed. R. Civ. P. 56 be and the same is hereby GRANTED;

FURTHER ORDERED that all claims on behalf of plaintiff E.M. Sergeant Pulp & Chemical Company, Inc. against Travelers are hereby dismissed with prejudice.

_____
HONORABLE KEVIN McNULTY
United States District Judge

2111142.1