John Maloney
GRAHAM CURTIN
A Professional Association
4 Headquarters Plaza
P.O. Box 1991
Morristown, New Jersey 07962-1991
(973) 292-1700
Attorneys for Defendant
The Travelers Indemnity Company

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| E.M. SERGEANT PULP & CHEMICAL CO., INC. AND SERGEANT CHEMICAL COMPANY, | : Civil Action No. 2:12-cv-1741 (KM) (MCA)<br>: Hon. Kevin McNulty, U.S.D.J.<br>: Hon. Madeline Cox Arleo, U.S.M.J. |
| Plaintiffs, | |
| v. | CERTIFICATE OF SERVICE |
| THE TRAVELERS INDEMNITY COMPANY INC. AND COLUMBIA INSURANCE COMPANY, | Document Electronically Filed |
| Defendants. | |

The undersigned member of the bar of this Court hereby certifies that, on this date, service was made of each of the following documents in support of defendant The Travelers Indemnity Company's ("Travelers") motion for summary judgment pursuant to Fed. R. Civ. P. 56:

  (1) Notice Of Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56;

  (2) [Proposed] Order Granting Summary Judgment to Travelers Pursuant to Fed. R. Civ. P. 56;

  (3) Brief in Support of Travelers Motion for Summary Judgment; and

2111143.1

  (4)  Declaration of John Maloney in Support of Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56;

by serving true electronic copies of these documents upon all counsel of record via Electronic Court Filing, as follows:

    Joseph A. Ferriero, Esq.
    50 Main Street, Suite 6
    Hackensack, New Jersey 07601
    Attorneys for Plaintiff

  I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: June 16, 2014

    /s/ John Maloney
    John Maloney
    GRAHAM CURTIN
    A Professional Association
    4 Headquarters Plaza
    P.O. Box 1991
    Morristown, New Jersey 07962-1991
    (973) 292-1700

    Attorneys for Defendant
    The Travelers Indemnity Company

2111143.1