IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| E.M. SERGEANT PULP & CHEMICAL CO., INC. AND SERGEANT CHEMICAL COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>THE TRAVELERS INDEMNITY COMPANY INC. AND COLUMBIA INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 2-12-cv-1741 (KM) (MCA)<br>Hon. Kevin McNulty, U.S.D.J.<br>Hon. Madeline Cox Arleo, U.S.M.J.<br><br><br>**DECLARATION OF**<br>**ERIC E. TOMASZEWSKI**<br><br>Document Electronically Filed |

ERIC E. TOMASZEWSKI, of full age, hereby declares as follows:

1. I am an attorney-at-law of the State of New Jersey and a partner of the law firm of Golub Isabel & Cervino, P.C. I represent plaintiff E.M. Sergeant Pulp & Chemical Co., Inc. ("Sergeant") in the above-captioned matter.

2. I submit this declaration in support of Sergeant's opposition to Defendant The Travelers Indemnity Company's ("Travelers") motion (a) to strike Sergeant's opposition to Travelers' pending motion for summary judgment, (b) to exclude Sergeant's proposed expert, and (c) for sanctions pursuant to Fed. R. Civ. P. 16(f), 28 U.S.C. § 1927 and/or the Court's inherent powers ("Motion to Strike").

3. Attached hereto as Exhibit A is a true and correct copy of a press release from The Federal Bureau of Investigation dated September 11, 2013.

4. Attached hereto as Exhibit B is a true and correct copy of a press release from The Federal Bureau of Investigation dated April 16, 2015.

5.  Attached hereto as Exhibit C is a true and correct copy of Travelers Responses and Objections to Plaintiffs' First Set of Interrogatories and Responses and Objections to Plaintiffs' First Request for Production of Documents and Items to Travelers.

                **GOLUB ISABEL & CERVINO, P.C.**

        **BY:**   /s/ Eric E. Tomaszewski

                Eric E. Tomaszewski (ET-5196)
                160 Littleton Road, Suite 300
                Parsippany, NJ 07054
                (973) 968-3377
                Attorneys for Plaintiffs

Dated: July 10, 2015