IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| E.M. SERGEANT PULP & CHEMICAL CO., INC. AND SERGEANT CHEMICAL COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>THE TRAVELERS INDEMNITY COMPANY INC. AND COLUMBIA INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 2-12-cv-1741 (KM) (MCA)<br>Hon. Kevin McNulty, U.S.D.J.<br>Hon. Madeline Cox Arleo, U.S.M.J.<br><br><br>**CERTIFICATION OF SERVICE**<br><br>Document Electronically Filed |

The undersigned attorney for Plaintiff E.M. Sergeant Pulp & Chemical Co., Inc. certifies that on this date he caused the within brief in opposition to Defendant The Travelers Indemnity Company's ("Travelers") motion (a) to strike Sergeant's opposition to Travelers' pending motion for summary judgment, (b) to exclude Sergeant's proposed expert, and (c) for sanctions pursuant to Fed. R. Civ. P. 16(f), 28 U.S.C. § 1927 and/or the Court's inherent powers ("Motion to Strike") to be served electronically upon all counsel of record via the Court's CM/ECF system, which will also send notification of such filing to all counsel of record.

GOLUB ISABEL & CERVINO, P.C.

**BY:**   /s/ Eric E. Tomaszewski

Eric E. Tomaszewski (ET-5196)
160 Littleton Road, Suite 300
Parsippany, NJ 07054
(973) 968-3377
Attorneys for Plaintiffs

Dated: July 10, 2015