

# GRAHAM CURTIN
*A Professional Association*

JOHN MALONEY
Direct Dial 973-401-7143
jmaloney@GrahamCurtin.com

January 31, 2017

VIA ECF
Honorable James B. Clark, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King, Jr. Federal Building and Courthouse
50 Walnut Street
Newark, New Jersey 07102

✳ **SO ORDERED**
*s/James B. Clark*
James B. Clark, U.S.M.J.
Date: 2/1/2017

Re: E.M. Sergeant Pulp & Chemical Co., Inc., et al. v.
The Travelers Indemnity Company, et al.
Case No.: 2:12-CV-1741 (KM) (JBC)

Dear Judge Clark:

This firm represents defendant The Travelers Indemnity Company ("Travelers") in the above-referenced matter. Your Honor recently scheduled a settlement conference in this matter for March 16, 2017. Unfortunately, the Travelers representative that plans to attend the settlement conference is unavailable that day. I have conferred with my client as well as with counsel for plaintiff E.M. Sergeant Pulp & Chemical Company ("Sergeant") about rescheduling the conference. Both Travelers and Sergeant are available during the weeks of March 20 and 27. Accordingly, we respectfully request that the settlement conference be rescheduled to a day during those weeks.

We thank Your Honor for the time and courtesies extended in this matter.

Respectfully,

JOHN MALONEY

cc: Daniele Cervino, Esq. (via ECF)

✳ The March 16, 2017 settlement conference is adjourned to March 23, 2017 at 2:00 PM. Ex parte settlement position papers shall be submitted to Chambers no later than March 20, 2017.